UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARLON RACCA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary,<br><br>　　　　Respondent. | NO. EDCV 06-00673 ABC (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Adopting And Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/24/09

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE